1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LEVI DALE LASTER, JR.,                    No.  2:24-cv-3312 CKD P

12              Plaintiff,

13         v.                                    ORDER AND

14    USA, et al.,                               FINDINGS AND RECOMMENDATIONS

15              Defendants.

16

17          On February 4, 2025, plaintiff's second amended complaint was dismissed with leave to

18    file a third amended complaint.  The third amended complaint was due on March 6, 2025, and

19    plaintiff has not filed a third amended complaint.

20          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district

21    court judge to this case, and IT IS HEREBY RECOMMENDED that this action be dismissed

22    without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District Judge

24    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25    after being served with these findings and recommendations, plaintiff may file written objections

26    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

27    and Recommendations."  Plaintiff is advised that failure to file objections within the specified

28    /////

                                                    1

1    time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th

2    Cir. 1991).

3    Dated:  March 14, 2025

4                                                           _____

5                                                           CAROLYN K. DELANEY
                                                            UNITED STATES MAGISTRATE JUDGE

6

7

8    1
     last3312.fta
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2