UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI DALE LASTER, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>USA, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-3312 DJC CKD P<br><br><br>ORDER |

　　　　Plaintiff, a Butte County Jail inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 14, 2025, the Magistrate Judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.[1]

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully

---

[1] The Magistrate Judge recommends that this action be dismissed for plaintiff's failure to file a third amended complaint. In his objections, plaintiff suggests he did file a third amended complaint. The record does not reflect that. Plaintiff has other cases pending before the court and it does not appear a third amended complaint meant for this action was filed in one of plaintiff's other cases.

1

reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 25) are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 18, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

last3312.804

2